| | |
|---|---|
| ✓ | **Priority** |
| ✓ | **Send** |
| ___ | Clsd |
| ✓ | **Enter** |
| ✓ | **JS-6** |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS WENDRUCK, | ) | Case No. CV 05-05652 DDP (CWx) |
|  | ) |  |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HARTFORD LIFE INSURANCE COMPANY, et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 26, 2008

_____
DEAN D. PREGERSON
United States District Judge